791 A.2d 1153

Gerald CRISWELL, III and Tracey Criswell, et ux., Petitioners,

v.

David S. KING, Respondent.

Supreme Court of Pennsylvania.

March 12, 2002.

## ORDER

PER CURIAM.

**AND NOW,** this 12th day of March, 2002, the Petition for Allowance of Appeal is granted limited to the following issue:

Whether Petitioner was required to object to the verdict prior the discharge of the jury where the verdict was not inconsistent?